# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2018

157494

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

JOEL RAMOS,
   Plaintiff-Appellant,

v

INTERCARE COMMUNITY HEALTH
NETWORK,
   Defendant-Appellee.

SC: 157494
COA: 335061
Van Buren CC: 16-066176-AA

_____/

   On order of the Court, the application for leave to appeal the January 30, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2018



              Clerk

t1128